IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY KEITH GARRETT, ) | |
| ) | |
| Plaintiff, ) | No. 3:15-cv-00119 |
| ) | Senior Judge Haynes |
| v. ) | |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiff's motion for judgment (Docket Entry No. 14 ) is **DENIED without prejudice** and the Commissioner's decision is **AFFIRMED**. However, this action is **REMANDED** for consideration of new medical evidence.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the _16_ day of September, 2016.

_____
WILLIAM J. HAYNES, JR.
Senior United States District Judge